## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RIGOBERTO GUEVARA TORRES,      )
                                  )

    Petitioner,                 )
                                  )

v.                             )      Case No. CIV-26-196-D
                                  )

SCARLET GRANT, et al.,       )
                                  )

    Respondents.             )

## <u>ORDER</u>

Petitioner Rigoberto Guevara Torres filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3].

On March 31, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 14], recommending that the Court grant in part Petitioner's habeas petition and order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a). In his report, the magistrate judge notified the parties of their right to file an objection to the report on or before April 7, 2026, and that the failure to object waives the right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 14].

1

For the reasons stated therein, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED in part**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner. Further, Petitioner's Emergency Motion for Temporary Restraining Order [Doc. No. 13] is **DENIED** as **MOOT**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 8th day of April, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge