# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RIGOBERTO GUEVARA TORRES,    )
    )
    Petitioner,    )
    )
v.    )    Case No. CIV-26-196-D
    )
SCARLET GRANT, *et al.*,    )
    )
    Respondents.    )

## ORDER

Before the Court is Petitioner's Motion to Withdraw Motion to Enforce [Doc. No. 20]. Upon consideration, the motion is **GRANTED**, and Petitioner's Emergency Motion to Enforce Judgment and for Immediate Release [Doc. No. 18] is **WITHDRAWN**.

**IT IS SO ORDERED** this 21st  day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge